UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OHANA FIDUCIARY CORPORATION,
ADMINISTRATOR OF THE ESTATE OF
EDNA M. BUCKE,

               Plaintiff,

       v.

ATLANTIC RICHFIELD COMPANY, a
foreign corporation,

              Defendant.

Case No. C26-1391-RSM

ORDER GRANTING STIPULATED
MOTION ON BRIEFING SCHEDULE

Based upon the Stipulated Motion on Briefing Schedule dated and submitted May 22, 2026 by Plaintiff Estate of Edna M. Bucke, as Administered by Ohana Fiduciary Corporation ("Bucke Estate") and Defendant Atlantic Richfield Company ("ARC"), collectively the "Parties."

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that the Parties' Stipulated Motion on Briefing Schedule, Dkt. #15, is GRANTED.  It is further ORDERED that:

1. Response to Defendant's Motion to Dismiss is due June 25, 2026;

2. Reply in support of Defendant's Motion to Dismiss is due July 2, 2026; and

3. The Clerk of Court shall re-note Defendant's Motion to Dismiss, Dkt. #8, for July 2, 2026.

ORDER GRANTING STIPULATED MOTION ON BRIEFING SCHEDULE - 1

DATED this 29th day of May, 2026.

Ricardo S. Martinez
United States District Judge